# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1166**                                                            **September Term, 2024**

EPA-90FR29997

**Filed On: August 19, 2025**

GASP, et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

      Respondents

      **BEFORE:**    Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of respondents' motion to extend the time for filing their response to petitioners' motion for summary vacatur or stay pending judicial review, and the response thereto, it is

**ORDERED** that the motion to extend time be granted. Respondents' response is now due by September 18, 2025.

### Per Curiam

                                                               **FOR THE COURT:**
                                                               Clifton B. Cislak, Clerk

                                              BY:    /s/
                                                                Elbert Lestrade
                                                                 Deputy Clerk