IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| GASP, *et al.*,<br><br>    *Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    *Respondents*. | Case No. 25-1166 |

**PETITIONERS' NON-BINDING STATEMENT OF ISSUES**

Pursuant to this Court's order of August 7, 2025, petitioners Clean Air Council, GASP, Hoosier Environmental Council, Just Transition Northwest Indiana, PANIC, PennFuture, and Sierra Club submit the following non-binding statement of issues to be raised.

1. Whether EPA contravened the Clean Air Act section 307(d), or acted arbitrarily or exceeded its statutory authority, by delaying the 2025 and 2026 compliance deadlines in the 2024 Coke Ovens Rule[1] without

---

[1] "National Emission Standards for Hazardous Air Pollutants: Coke Ovens: Pushing, Quenching, and Battery Stacks, and Coke Oven Batteries; Residual Risk and Technology Review, and Periodic Technology Review," 90 Fed. Reg. 29,997 (July 8, 2025).

notice and opportunity for public comment. 42 U.S.C. § 7607(d). Petitioners intend to argue that EPA lacked good cause to forgo statutory notice-and-comment rulemaking procedures. 5 U.S.C. § 553(b)(B).

2. Whether EPA contravened Clean Air Act section 112(i)(3), or acted arbitrarily or exceeded its statutory authority, by moving 2025 and 2026 compliance deadlines in the Coke Ovens Rule to 2027 without establishing that the new deadlines "provide for compliance as expeditiously as practicable." 42 U.S.C. § 7412(i)(3); 5 U.S.C. § 7607(2)(A), (C); 42 U.S.C. § 7607(d)(7)(B), 7607(d)(9)(A), (C).

Dated: September 8, 2025

Respectfully submitted,

*/s/ Tosh Sagar*
Tosh Sagar
Adrienne Y. Lee
Kevin Breiner
Earthjustice
1001 G Street, NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
tsagar@earthjustice.org
alee@earthjustice.org
kbreiner@earthjustice.org

*Counsel for GASP, Hoosier Environmental Council, Just Transition Northwest Indiana, PennFuture, and Sierra Club*

*/s/ David Bookbinder*
David Bookbinder
Director of Law and Policy
Environmental Integrity Project
888 17th Street NW, Suite 810
Washington, D.C. 20006
(202) 469-3151
dbookbinder@environmentalintegrity.org

Haley Lewis
Environmental Integrity Project
888 17th Street NW, Suite 810
Washington, D.C. 20006
(202) 263-4449
hlewis@environmentalintegrity.org

*Counsel for Clean Air Council and PANIC*