ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GASP, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Respondents. | Case Nos. 25-1166 |

### UNITED STATES' RESPONSE TO MOTIONS FOR LEAVE TO INTERVENE

On September 5, 2025, Suncoke Energy, Inc, American Coke and Coal Chemicals Institute, and the Coke Oven Environmental Task Force (collectively, "Movant Intervenors") filed motions for leave to intervene in the above captioned matter. Doc. Nos. 2133749, 2133764. The United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency take no position on Movant Intervenors' motions.

1

Submitted on September 15, 2025.

          /s/ *Rachel D. Martinez*
Rachel D. Martinez
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 288-1951
Rachel.Martinez@usdoj.gov

2

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 81 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

                                              */s/ Rachel D. Martinez*
                                              Rachel D. Martinez

## CERTIFICATE OF SERVICE

I certify that on September 15, 2025, I filed this notice using the Court's CMS/ECF system, which will notify each party.

                                              */s/ Rachel D. Martinez*
                                              Rachel D. Martinez