**ORAL ARGUMENT NOT YET SCHEDULED**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| GASP, *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Respondents*. | Case No. 25-1166 |

**PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY AND LEAVE TO FILE OVERLENGTH REPLY**

Petitioners Clean Air Council, GASP, Hoosier Environmental Council, Just Transition Northwest Indiana, PANIC, PennFuture, and Sierra Club (collectively, "Coke Oven Communities" or "Communities") respectfully move for a five-day extension of the deadline to file a reply in support of their Motion for Summary Vacatur or, in the Alternative, a Stay Pending Judicial Review ("Vacatur Motion"), Doc. 2129597. Coke Oven Communities also respectfully move for leave to file a single reply of no more than 3,900 words in support of their Vacatur Motion. Communities have consulted with Respondents and Movant Intervenors who do not oppose this motion.

1. Coke Oven Communities filed their Vacatur Motion on August 11, 2025. On August 19, 2025, the Court granted Respondents' ("EPA") motion for extension of time to respond to the Vacatur Motion, which is now due on September 18, 2025. Doc. 2130764.

2. Subsequently, two sets of industry groups separately moved to intervene in support of Respondents. Their motions to intervene are currently pending. *See* Motion of SunCoke Energy, Inc. for Leave to Intervene as Respondent, Doc. 2133749; Motion by The American Coke and Coal Chemicals Institute and The Coke Oven Environmental Task Force for Leave to Intervene on Behalf of Respondents, Doc. 2133764. Counsel for the Movant Intervenors ("Industry") have indicated they plan to file their responses to the Vacatur Motion by September 18, 2025, the same date EPA's response is due.

3. Under Federal Rule of Appellate Procedure 27, Coke Oven Communities' replies to any responses filed on September 18, 2025, would be due on September 25, 2025. Furthermore, the Federal Rules of Appellate Procedure allow Communities to file a separate reply of up to 2,600 words for each response (*e.g.,* up to 7,800 words if three responses are filed). Fed. R. App. P. 27(d)(2)(C).

5. Given the obligation to reply to multiple responsive briefs, Coke Oven Communities move for leave to file a single reply brief of no more than 3,900 words by September 30, 2025. Granting this request would promote judicial economy and conserve the resources of the Court and the parties, while allowing

2

the Communities to fully address the substantive legal arguments in all responses filed by EPA and Industry.

Dated: September 18, 2025

Respectfully submitted,

*/s/ Tosh Sagar*
Tosh Sagar
Adrienne Y. Lee
Kevin Breiner
Earthjustice
1001 G Street, NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
tsagar@earthjustice.org
alee@earthjustice.org
kbreiner@earthjustice.org

*Counsel for GASP, Hoosier Environmental Council, Just Transition Northwest Indiana, PennFuture, and Sierra Club*

*/s/ David Bookbinder*
David Bookbinder
Director of Law and Policy
Environmental Integrity Project
888 17th Street NW, Suite 810
Washington, D.C. 20006
(202) 469-3151
dbookbinder@environmentalintegrity.org

Haley Lewis
Environmental Integrity Project
888 17th Street NW, Suite 810
Washington, D.C. 20006
(202) 263-4449
hlewis@environmentalintegrity.org

*Counsel for Clean Air Council and PANIC*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), counsel hereby certifies that the foregoing document contains 361 words, as counted by counsel's word processing system, and thus complies with the type-volume limitation of Federal Rule of Appellate Procedure 27.

Further, this document complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure 32(a)(5) and (a)(6) because this document has been prepared in a proportionally spaced typeface using **Microsoft Word for Microsoft 365** using **size 14 Times New Roman** font.

                                        Dated: September 18, 2025

                                        */s/ Tosh Sagar*
                                        Tosh Sagar

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2025, I have served the foregoing on all registered counsel through the court's electronic filing system (ECF).

Dated: September 18, 2025

*/s/ Tosh Sagar*
Tosh Sagar
