ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GASP, *et al.*,<br><br>                        Petitioners,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>                        Respondents. | Case Nos. 25-1166 |

## NOTICE OF SIGNATURE OF FINAL WITHDRAWAL RULE

In accordance with its Response and accompanying declaration filed on September 18, 2025, Respondents hereby notify the Court and all Parties that EPA signed a final rule withdrawing the challenged interim final rule on October 2, 2025. *See Prepublication Version, Final Rule: Air Toxics Standards for Coke Ovens Pushing, Quenching, and Battery Stacks and Coke Oven Batteries*, https://www.epa.gov/system/files/documents/2025-10/san-8471.1_cokeovens_ifr_withdrawal_20250924_sppd.october2_0.pdf.

As stated in its Response, it is EPA's position that this matter is moot upon the Withdrawal's publication in the Federal Register. EPA would ordinarily seek

dismissal of this case at that time. *See* Doc. No. 2135704, at 6. However, at the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Accordingly, EPA anticipates that its ability to notify the Court of the Withdrawal's publication in the Federal Register and seek dismissal will be delayed until Congress has restored appropriations to the Department and Department attorneys are permitted to resume their usual civil litigation functions.

Submitted on October 3, 2025.

                              */s/ Rachel D. Martinez*
                              Rachel D. Martinez
                              U.S. Department of Justice
                              Environment & Natural Resources Division
                              Environmental Defense Section
                              P.O. Box 7611
                              Washington, D.C. 20044
                              Tel: (202) 288-1951
                              Rachel.Martinez@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 3, 2025, I filed this notice using the Court's CMS/ECF system, which will notify each party.

*/s/ Rachel D. Martinez*
Rachel D. Martinez
