No. 25-1166                                    September Term, 2025

EPA-90FR29997

Filed On: December 11, 2025 [2150083]

GASP, et al.,

         Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

         Respondents

------------------------------

American Coke and Coal Chemicals Institute, et al.,
         Intervenors

## A M E N D I N G   O R D E R

It is **ORDERED**, on the court's own motion, that the court's order filed this date be amended. Any response to petitioners' request to hold this case in abeyance is due December 22, 2025.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                BY:     /s/
                         Louis Karl Fisher
                         Deputy Clerk