# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GASP, *et al.*,<br><br>                    Petitioners,<br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>                    Respondents. | Case No. 25-1166 |

## RESPONSE TO PETITIONERS' REQUEST TO HOLD THE CASE IN ABEYANCE

On December 5, 2025, the United States Environmental Protection Agency ("EPA") filed a Motion to Dismiss as moot the above captioned case. Doc. No. 2149048. In response, Petitioners requested this Court hold the case in abeyance for a period of 75-days, which Intervenor Respondents do not oppose. Doc. No. 2149778. EPA maintains that this matter is presently moot and this Court may dismiss the Petition for Review now. However, given both Petitioners' and Intervenors' agreement on the 75-day abeyance, *id.* at 2, and given Petitioners' stated intention to seek voluntary dismissal of the Petition for Review if no challenges are brought against EPA's recission action, *id.* at 4-5, EPA does not oppose Petitioners' requested 75-day abeyance.

1

| | |
|---|---|
| DATED: December 15, 2025 | Respectfully submitted, |
| | ADAM R.F. GUSTAFSON<br>Principal Deputy Assistant Attorney General |
| OF COUNSEL: | |
| ERIKA GERSTENBERGER<br>Environmental Protection Agency<br>Office of General Counsel<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460 | */s/ Rachel D. Martinez*<br>RACHEL D. MARTINEZ<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Phone: (202) 288-1951<br>Email: Rachel.Martinez@usdoj.gov |
| | *Counsel for Respondents* |

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 126 words. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: December 15, 2025

                                           */s/ Rachel D. Martinez*
                                           Rachel D. Martinez

# CERTIFICATE OF SERVICE

I certify that on December 15, 2025, I filed this notice using the Court's CMS/ECF system, which will notify each party.

                                           */s/ Rachel D. Martinez*
                                           Rachel D. Martinez