No. 25-1166                          September Term, 2025

EPA-90FR29997

Filed On: December 23, 2025 [2151767]

GASP, et al.,

         Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

         Respondents

------------------------------

American Coke and Coal Chemicals
Institute, et al.,
         Intervenors

## O R D E R

      Upon consideration of petitioners' combined response and cross-motion to extend deadline to file opposition to motion to dismiss, which includes petitioners' request to hold this case in abeyance; and respondents' response to petitioners' request to hold the case in abeyance, it is

      **ORDERED** that this case be held in abeyance pending further order of the court. Petitioners are directed to file a motion to govern future proceedings in this case by February 23, 2026.

                                                            **FOR THE COURT:**
                                                            Clifton B. Cislak, Clerk

                                  BY:      /s/
                                                            Louis Karl Fisher
                                                            Deputy Clerk