## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

GASP, et al.,

*Petitioners*,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY, et al.,

*Respondents*.

Case No. 25-1166

## JOINT MOTION TO GOVERN AND STIPULATION OF DISMISSAL

Pursuant to this Court's order of February 23, 2026, directing the Petitioners to file motions to govern by March 23, 2026, Petitioners Clean Air Council, GASP, Hoosier Environmental Council, Just Transition Northwest Indiana, PANIC, PennFuture, and Sierra Club (collectively, "Coke Oven Communities" or "Communities"), Respondents U.S. Environmental Protection Agency, et al. ("EPA"), and Respondent-Intervenors American Coke and Coal Chemicals Institute, Coke Oven Environmental Task Force, and SunCoke Energy, Inc. ("Intervenors") hereby stipulate to dismissal of the petition in this case under Federal Rule of Appellate Procedure 42(b).

In support of this Stipulation, the parties state as follows:

1

1. Coke Oven Communities sought review of an EPA action titled "National Emission Standards for Hazardous Air Pollutants: Coke Ovens: Pushing, Quenching, and Battery Stacks, and Coke Oven Batteries; Residual Risk and Technology Review, and Periodic Technology Review," 90 Fed. Reg. 29997 (July 8, 2025) ("Interim Rule"). *See* Pet. for Review, Doc. No. 2129072 (Aug. 6, 2025).

2. Coke Oven Communities filed a Motion for Summary Vacatur on August 11, 2025, 5 days after filing the petition for review. Mot. for Summ. Vacatur at 5, Doc. No. 2129597 (Aug. 11, 2025).

3. Roughly one month later, EPA committed to withdrawing the Interim Rule within 14 days, by October 2, 2025. Resp. to Mot. for Summ. Vacatur, Doc. No. 2135704 (Sept. 18, 2025). EPA signed the rule withdrawing the Interim Rule on October 2, 2025, and published the rule in the Federal Register on December 5, 2025. *See* 90 Fed. Reg. 56010 (Dec. 5, 2025) ("Withdrawal Rule").

4. EPA filed a motion to dismiss this case as moot, based upon the rescission of the Interim Rule, on December 5, 2025. *See* Status Report and Motion to Dismiss, Doc. No. 2149048 (Dec. 5, 2025).

5. Coke Oven Communities filed a combined response and cross-motion to extend the deadline to file an opposition to EPA's motion to dismiss, which included a request that this Court hold this case in abeyance to allow the 60-day period for a challenge to EPA's Withdrawal Rule to run. Combined Response and

2

Cross-Motion to Extend Deadline to File Opp'n to Mot. to Dismiss, Doc. No. 2149778 (Dec. 12, 2025), at 4-5. The Communities stated that if no challenges to the Withdrawal Rule were filed, they intended to voluntarily seek dismissal of their petition for review pursuant to Federal Rule of Appellate Procedure 42. *Id.*

6.  On December 15, 2025, EPA filed a response stating that it does not oppose the Communities' requested abeyance. Response to Petitioners' Request to Hold the Case in Abeyance, Doc. No. 2150479 (Dec. 15, 2025). Respondent Intervenors did not oppose Communities' request for an abeyance. *See* Combined Response and Cross-Motion to Extend Deadline to File Opp'n to Mot. to Dismiss, Doc. No. 2149778 (Dec. 12, 2025).

7.  This Court granted the requested abeyance and directed the Communities to file a motion to govern future proceedings by February 23, 2026. Order, Doc. No. 2151767 (Dec. 23, 2025). The Communities then requested an extension of the Court's February 23 deadline to March 23, 2026, which the Court granted. Petitioners' Unopposed Mot. for Extension of Time to File Mot. to Govern, Doc. 2160569 (Feb. 23, 2026); Order, Doc. No. 2160593 (Feb. 23, 2026).

8.  The 60-day deadline for challenges to the Withdrawal Rule elapsed and no challenges were filed in this Court.

9. All parties have stipulated to dismiss this matter pursuant to Federal Rule of Appellate Procedure 42(b)(1), and the parties will each bear their own costs.

WHEREFORE, the parties respectfully request that the Court dismiss the petition in this case, with each party bearing its own fees and costs.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Tosh Sagar*
Tosh Sagar
Adrienne Y. Lee
Kevin Breiner
Earthjustice
1250 I *(Eye)* St. NW, Fourth Floor,
Washington DC 20005
(202) 667-4500
tsagar@earthjustice.org
alee@earthjustice.org
kbreiner@earthjustice.org

*Counsel for GASP, Hoosier Environmental Council, Just Transition Northwest Indiana, PennFuture, and Sierra Club*

*/s/ Haley Lewis*
Haley Lewis
Environmental Integrity Project
888 17th Street NW, Suite 810
Washington, D.C. 20006
(202) 263-4449
hlewis@environmentalintegrity.org

*Counsel for Clean Air Council and PANIC*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General

*/s/ Rachel D. Martinez*
RACHEL D. MARTINEZ
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 288-1951
Email: Rachel.Martinez@usdoj.gov

*Counsel for Respondents*

*/s/ Jeffrey A. Knight*
Jeffrey A. Knight
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC  20036-3006
(202) 663-9152
jeffrey.knight@pillsburylaw.com

*Counsel for ACCCI and the COETF*

*/s/ Matthew Z. Leopold*
Matthew Z. Leopold
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 469-5757
Email: matt.leopold@hklaw.com

*Counsel for SunCoke Energy, Inc.*

5

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), counsel hereby certifies that the foregoing document contains 609 words, as counted by counsel's word processing system, and thus complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A).

Further, this document complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure 32(a)(5) and (a)(6) because this document has been prepared in a proportionally spaced typeface using **Microsoft Word for Microsoft 365** using **size 14 Times New Roman** font.

Dated: March 23, 2026

*/s/ Tosh Sagar*
Tosh Sagar

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2026, I have served the foregoing on all registered counsel through the court's electronic filing system (ECF).

Dated: March 23, 2026

*/s/ Tosh Sagar*
Tosh Sagar